IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-297-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DOMINIQUE ROBERT DOTSON, ) | |
| ) | |
| Defendant. ) | |

As explained in open court and incorporated herein by reference, Dominique Robert Dotson's motion to suppress [D.E. 21] is DENIED.

SO ORDERED. This 6 day of April 2016.

JAMES C. DEVER III
Chief United States District Judge